Nov 24, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **15-80213-CR-RYSKAMP/HOPKINS**

18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

RICHARD EMERICH,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 13, 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD EMERICH**,

did employ, use, persuade, induce, entice, and coerce a minor, that is, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials, that is, a Nikon D700 camera, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2

On or about January 26, 2015, up to and including February 3, 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD EMERICH,**

did knowingly distribute and attempt to distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## CRIMINAL FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RICHARD EMERICH**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 2251 or 2252, as alleged in this Indictment, the defendant, **RICHARD EMERICH**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, the following property:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation;

(c)     any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BENJAMIN J. WIDLANSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RICHARD EMERICH, | |
| Defendant.                    / | **Superseding Case Information:** |

**Court Division**: (Select One)

\_\_ Miami    \_\_ Key West
\_\_ FTL    _X_ WPB    \_\_ FTP

New Defendant(s)        Yes \_\_\_  No \_\_\_
Number of New Defendants   \_\_\_
Total number of counts   \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take   6-8   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    \_\_\_
   II   6 to 10 days   _x_
   III  11 to 20 days  \_\_\_
   IV   21 to 60 days  \_\_\_
   V    61 days and over \_\_\_

   (Check only one)
   Petty   \_\_\_
   Minor   \_\_\_
   Misdem. \_\_\_
   Felony  _x_

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   15-mj-05028-Snow
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   11/2/2015
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?   Yes \_\_\_  No _x_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes \_\_\_  No _x_

_____
BENJAMIN WIDLANSKI
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501885

*Penalty Sheet(s) attached

REV 4-8-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RICHARD EMERICH

**Case No:** _____

Count #:1

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) and (e)

**\*Max. Penalty:** 30 Years' Imprisonment

Count #:2

Distribution of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**