UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cr-80213-RYSKAMP

UNITED STATES OF AMERICA

vs.

RICHARD EMERICH,
          Defendant.
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven the following facts, among others, beyond and to the exclusion of any and all reasonable doubt:

In 2014, investigators with the Florida Department of Law Enforcement ("FDLE") received information from a cooperating defendant ("CD") about a professional photographer who also distributes images of child pornography. The CD, who had previously worked as a talent scout and recruiter for the photographer, identified the photographer as Richard Emerich, the Defendant. The Defendant, who at that time lived in Connecticut, would travel to Florida on a regular basis to engage in photo shoots. The shoots were often legitimate, in that the Defendant did, in fact, sell some of his images to fashion companies and magazines. However, the Defendant would also take nude and pornographic shots of minors. The CD stated that he had seen this, and that he had assisted the Defendant in identifying potential minor models throughout South Florida.

At the direction of law enforcement, the CD asked the Defendant to send him pornographic images. On January 24, 2015, the Defendant agreed; on January 26, 2015, the Defendant placed a package into United States Postal Service mail, with a return address of Richard W. Emerich,

1

RWE Productions, P.O. Box 2458, Brattleboro, Vermont.  RWE Productions is the photography company the Defendant owns and operates.  The package was addressed to the CD in Jupiter, Florida, in the Southern District of Florida.

USPIS investigators removed the package from the mail once it arrived in Jupiter on February 3, 2015.  Inside the package were an external hard drive, a thumb drive, and an envelope containing a large number of the Defendant's business cards.  A forensic analysis of the packaging uncovered a fingerprint identified as the Defendant's.  Both the external hard drive and the thumb drive were manufactured outside the state of Florida.

The hard drive contained thousands, of still images and videos.  Most of the images were of young teenage boys modeling and in various stages of undress.  Included on the drive were numerous images of a particular boy ("Victim 1").  There were a number of photos of Victim 1; some clothed, some completely nude, some in a shower, some sprawled on a bed with his genitals exposed, and some posed wearing skate clothing while exposing an erect penis.  In some of the images, Victim 1 appears to be between 14 and 16 years of age; in others, he appears to be age-indeterminate, possibly as old as 18 or 19.  Investigators identified Victim 1 and made contact with him and his family.  There were also nude pictures of other teenage boys, including Victim 2.

Based on metadata uncovered from the images themselves, law enforcement was able to determine that the pornographic images of Victim 1 were taken on January 13, 2010, using a Nikon D700 camera.  Victim 1 was 16 years old on that date.  Victim 1 identified himself in the images, confirmed that he was under the age of 18 when the images were taken, and stated that the Defendant had paid him to pose nude.

As a result of the investigation, law enforcement sought and received a search warrant for the Defendant's residence in Brattleboro, Vermont. During the execution of the search warrant, law enforcement found more than 60 external hard drives, computers, laptops, or tablets. They found dozens of SD cards, thumb drives, or smaller forms of external storage, as well as hundreds of CDs and DVDs. They also found a large amount of camera and photography equipment, including numerous Nikon cameras.

The Defendant was read *Miranda*, and agreed to speak with law enforcement. During the conversation, the Defendant acknowledged taking nude photographs of Victim 1 when he was under the age of 18. He also admitted that he was attracted to both males and females aged 16 through 35, and that he was attracted to Victim 1.

Using the United States Postal Service, the Defendant mailed images of individuals under the age of eighteen, to include images of Victim 1 and Victim 2, who were engaged in sexually explicit conduct, from the state of Vermont to the state of Florida. The Defendant knew that the images were sexually explicit and produced using minors when he sent the package.

Date: 1/20/16

Date: 1-20-16

Date: 1-20-16

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
BENJAMIN J. WIDLANSKI
ASSISTANT UNITED STATES ATTORNEY

By: _____
WILLIAM BARZEE
ATTORNEY FOR DEFENDANT

By: _____
RICHARD EMERICH
DEFENDANT

3