UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80213-CR-RYSKAMP/Hopkins

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD EMERICH,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court upon the United States' motion for a preliminary order of forfeiture. Having reviewed the motion, the applicable law, the court record, and being otherwise fully advised in the premises, the Court finds as follows:

1. On November 24, 2015, United States Attorney in the Southern District of Florida filed an Indictment (DE# 5) charging RICHARD EMERICH (hereinafter "defendant") with, among other things, violations of 18 U.S.C. § 2251(a) and (e) and 2252(a)(2) and (b)(1).

2. The Indictment further alleged that upon conviction of any violation of 18 U.S.C. § 2251 and 2252, the defendant would forfeit all of his right, title and interest to the United States of America ("United States" or "Government") in certain property.

3. On January 20, 2016, the defendant pled guilty to distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), as alleged in Count 2 of the Indictment.

4. In pleading guilty to the violations of 18 U.S.C. § 2252(a)(2) and (b)(1), the defendant agreed that the property is subject to forfeiture pursuant to 18 U.S.C. § 2253.

Based on the above, the Court finds that the United States has established the requisite nexus between the property and the offense(s) and that the property is subject to forfeiture. Therefore, the United States' motion for a preliminary order of forfeiture is GRANTED.

Accordingly, it is hereby ORDERED and ADJUDGED that the following property is hereby FORFEITED to the United States:

- a) MSI - MS1758 Laptop Computer, SN: GP70 2OD-027USK1402000184

- b) One (1) box containing 21 external hard drives and 1 thumb drive with associated cables.

- c) One (1) Western Digital Hard Drive WD 1600 160 GB, SN: WMAP01194396

- d) Toshiba External HD - Silver "ModelTeenz" sticker on back, SN: Y3GBTCDDTYP3

- e) WD My Passport Ultra external HD – Pink, SN: WXT1E15E73YR

- f) HP Pavilion DV8000 Laptop Computer, SN: CND6391H3D

- g) WD Passport Ultra External HD – Pink, SN: WXU1E151399T

- h) WD My Passport Ultra External HD – Purple, SN: WXW1E150E46V

- i) Asus Tablet Computer, SN: C20KAS039801

- j) Nikon D700 Digital Camera, SN: 2183255

- k) One (1) box containing 21 external hard drives and associated cables

- l) One (1) box containing 7 external hard drives and associated cables

  m) HP Pavilion Elite 400Z Desktop Computer, SN: 2MD047077F

  n) Thirteen (13) external hard drives; One (1) thumb drive; 1 Amazon Tablet Computer; 1 SD card case (containing 10 SD cards); Miscellaneous associated cables.

  o) Dell Inspiron 3647 Desktop Computer, Service Tag Number: 4DHPK02

  p) WD Hard Drive, SN: WCAVY3282062

  q) WD My Passport hard drive, SN: WX10A89D5990

  r) One (1) WD hard drive, SN: WCAVY1443645

Pursuant to 21 U.S.C. §853(g), as soon as practicable, agents of the U.S. Postal Service or any duly authorized law enforcement agency are authorized to seize the property ordered forfeited.

This order shall become final as to the defendant at the time of sentencing and shall be made a part of the defendant's sentence and included in the judgment and commitment order. *Federal Rule 32.2(b)(4)*.

Pursuant to 21 U.S.C. §853(n) and Federal Rule 32.2(b)(6), the United States shall publish notice of this order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

Pursuant to 21 U.S.C. §853(m), the United States is authorized to demand the production of documents and take the testimony of any witness(es) relating to the property forfeited.

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), following the Court's disposition of any petitions filed, or if no petitions are filed, within thirty (30) days of the final publication of notice or the receipt of actual notice, whichever is earlier, this order shall be deemed a final

order of forfeiture; the United States shall have clear title to the forfeited property and the U.S. Postal Service, or any duly authorized law enforcement official, shall dispose of the forfeited property in accordance with the law.

**DONE AND ORDERED** this 23 day of June, 2016, in Chambers at West Palm Beach, Florida.

~~KENNETH L. RYSKAMP~~ URSULA UNGARO
UNITED STATES SENIOR DISTRICT JUDGE

cc: AUSA Mark W. Lester
AUSA Benjamin J. Widlanski
William R. Barzee, Esq

4

## Service List

U.S. v. Richard Emerich
Case No. 15-80213-CR-RYSKAMP

Mark W. Lester
Assistant U.S. Attorney
Mark.Lester@usdoj.gov
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Telephone (561) 820-8711
Facsimile (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Benjamin J. Widlanski
Assistant U.S. Attorney
Benjamin.Widlanksi@usdoj.gov
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone (305) 961-9342
Facsimile (305) 530-7976
Attorney for Plaintiff United States
[Service via CM/ECF]

William R. Barzee, Esq.
Williambarzee@barzeeflores.com
Barzee Flores, LLP
40 NW 3rd Street, PH1
Miami, FL 33128
Telephone (305) 374-3998
Facsimile (305) 374-3985
Attorney for Defendant Richard Emerich
[Service via CM/ECF]